| | UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| | United States of America | Galveston Division |
| | v. | Criminal No. 3:20cr22-S1 |
| | Darren Frank McCoy | **EXHIBIT LIST** |
| | Exhibit List of United States of America | AUSA: Kimberly Leo and Sherri Zack |
| | Judge: Jeffrey V. Brown | Case Manager: George Cardenas | Reporter: |

| No. | Description | Offered | Objected | Admitted | Date |
|---|---|---|---|---|---|
| 1 | Carnival Vista Passenger Ship Customs Documents Homeland Security | | | | |
| 1a | Vessel Entrance or Clearance Statement (front and back) | | | | |
| 1b | Defendant's name on passenger manifest | | | | |
| | | | | | |
| 2 | Lenovo laptop | | | | |
| 2a | Photo of laptop (front) | | | | |
| 2b | Photo of laptop (back) | | | | |
| 2c | Photo of laptop (open) | | | | |
| 2d | Forensic image of laptop | | | | |
| 2e | Child pornography images from laptop | | | | |
| 2e(1) | Image 344492-0 | | | | |
| | | | | | |
| 3 | Patriot Supersonic Xpress thumb drive | | | | |
| 3a | Photo of thumb drive (front) | | | | |

1

| No. | Description | Offered | Objected | Admitted | Date |
|---|---|---|---|---|---|
| 3b | Photo of thumb drive (back) | | | | |
| 3c | Forensic image of thumb drive | | | | |
| 3d | Child pornography on thumb drive | | | | |
| 3e(1) | Video dated 4/18/2013 | | | | |
| 3e(2) | Video dated 4/20/2013 9:27am | | | | |
| 3e(3) | Video dated 4/20/2013 5:44pm | | | | |
| 3e(4) | Video dated 4/20/2013 6:11pm | | | | |
| 3f | Photo of the Defendant on thumb drive | | | | |
| 3g | Photo of the Defendant on thumb drive (with hat) | | | | |
| 3h | Application for Employment on thumb drive | | | | |
| 3i | Letter from Defendant on thumb drive | | | | |
| 3j | AT&T/U-verse registration on thumb drive | | | | |
| | | | | | |
| 4 | Apple iPhone XR | | | | |
| 4a | Photo of iPhone (front) | | | | |
| 4b | Photo of iPhone (back) | | | | |
| 4c | 1st Forensic image of iPhone XR | | | | |
| 4d | Child pornography from 1st forensic image | | | | |
| 4d(1) | Child pornography video 97-0 | | | | |

| No. | Description | Offered | Objected | Admitted | Date |
|---|---|---|---|---|---|
| 4d(2) | Child pornography image 1765-0 | | | | |
| 4d(3) | Child pornography image 5489-0 | | | | |
| 4d(4) | Child pornography image 20357-0 | | | | |
| 4d(5) | Child Pornography image Partial title b84d4f05… | | | | |
| 4d(6) | Child Pornography image Partial title 0ea9b1ac… | | | | |
| 4e | Chat communication about clock camera | | | | |
| 4f(1) | Child pornography cartoon 12D33 | | | | |
| 4f(2) | Child pornography cartoon 91B91669 | | | | |
| 4f(3) | Child pornography cartoon 345C410 | | | | |
| 4g(1) | Kik chat – Hamirokan 6/19/16 | | | | |
| 4g(2) | Kik chat – Long J. Silver 8/20/16 I heart CP | | | | |
| 4g(3) | Kik Chat – Long J. Silver 8/20/16 Lewd/Lascivious in heels | | | | |
| 4g(4) | Kik Chat – IamfondofSHEEP 6/15/18 | | | | |
| 4h | 2nd forensic image of iPhone XR | | | | |
| | | | | | |
| 5(a-p) | McKinney, Texas residential search photos | | | | |
| | | | | | |
| 6 | Apple iPhone 7 seized during residential search | | | | |
| 6a | Forensic image of iPhone 7 | | | | |

| No. | Description | Offered | Objected | Admitted | Date |
|---|---|---|---|---|---|
| 6a(1) | video mar 18, 1 22 15 pm.mp4.thumb | | | | |
| | | | | | |
| 7 | Apple iPhone 5 seized during residential search | | | | |
| 7a | Forensic image of iPhone 5 | | | | |
| 7a(1) | Child Pornography image Partial title e2ff4508… | | | | |
| 7a(2) | Child Pornography image Partial title b84d4f05… | | | | |
| 7a(3) | Child Pornography image Partial title 0ea9b1ac… | | | | |
| 7a(4) | Child pornography cartoon 2c6b6f4c | | | | |
| | | | | | |
| 8 | USB plug camera | | | | |
| | | | | | |
| 9 | Clock radio camera | | | | |
| | | | | | |
| 10a | Screenshot of social media post from April 19, 2013 | | | | |
| 10b | Screenshot of social media post from April 21, 2013 | | | | |
| 10c | Screenshot of social media post from April 23, 2013 | | | | |
| | | | | | |
| 11 | Birth Certificate for MV #1 | | | | |
| | | | | | |

| No. | Description | Offered | Objected | Admitted | Date |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |